IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCELLAS HOFFMAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KEVIN PISTRO et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 21-03007 |

**ORDER**

**AND NOW**, this 11th day of February 2022, upon consideration of Petitioner Marcellas Hoffman's Petition for Habeas Corpus (Doc. No. 1), his Motion for a Certificate of Innocence (Doc. No. 2), the Government's Response in Opposition (Doc. No. 7), and Petitioner's Motion for Transfer back to FDC Philadelphia (Doc. No. 12), it is **ORDERED** as follows:

1. Petitioner's Petition for Habeas Corpus (Doc. No. 1) is **DENIED.**

2. Petitioner's Motion for a Certificate of Innocence (Doc. No. 2) is **DENIED.**

3. Petitioner's Motion for Transfer back to FDC Philadelphia (Doc. No. 12) is **DENIED.**

4. The Clerk of Court is directed to close this case for statistical purposes.


　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J

1